# EXHIBIT "A"

# *Allied Vehicle Protection*

7657 Winnetka Ave #444
Winnetka, CA  91306
844-529-0659

Michael Delong
1922 Rockbrook Drive
Arlington,  TX  76006-6616

Congratulations!   Your valuable mechanical breakdown protection is detailed in the enclosed contract booklet.  Please look it over and call with any questions you may have. Thank you for your purchase; we look forward to servicing your protection needs.  Please call us for a quote on any other vehicle in your household.  Vehicles under 150,000 miles may qualify for additional coverages, and multi-vehicle discounts are available.

Be sure to familiarize yourself with the coverage, maintenance requirements, and procedures in the event of a mechanical breakdown.  Proper maintenance of your vehicle will contribute to a trouble free driving experience.   You should follow your vehicle manufacturer's recommended maintenance for your driving habits.

We encourage you to store your new service agreement in your vehicle.  This document contains important numbers needed in the event of a breakdown.

Welcome to our family of vehicle owners that have the peace of mind and financial security of mechanical breakdown protection.

**THANK YOU AGAIN!**

*AVP SALES REPRESENTATIVE*

Protection Specialist

### IMPORTANT CONTACT NUMBERS:

Claims: 888-802-8217

WSTD01

# APPLICATION FOR
# VEHICLE SERVICE AGREEMENT

**Heritage Automotive Protection** 

Service Agreement #
## PELWA404316

## PURCHASER INFORMATION

Purchaser Name
Michael Delong

Purchaser's Address
1922 Rockbrook Drive, Arlington, TX  76006-6616

Home Telephone Number
972-672-5431

E-Mail Address

## SELLER INFORMATION

Seller Name
Allied Vehicle Protection

Seller Address
7657 Winnetka Ave #444, Winnetka, CA  91306

Seller Telephone Number
844-529-0659

Seller Code
WA

## LEIN HOLDER INFORMATION

Lien Holder Name
Paylink Direct  INSTALLMENT AGREEMENT

## VEHICLE INFORMATION

| Year | Make | Model |
|------|------|-------|
| 2003 | CHEVROLET | IMPALA |

Vehicle Identification Number
2G1WF52E239108010

Vehicle Purchase Price

Sale Odometer
58,000

Vehicle Purchase Date

In Service Date

## COVERAGE INFORMATION

Contract Purchase Date
05/07/2020

Coverage
RPP Supreme Powertrain Enhanced

New/Used
U

Vehicle Class
3

Plan Code
RPLPTE

Contract Purchase Price
$3400.00

Deductible
$ 100

Surcharges / Options

Expiration Date
06/05/2025

Expiration Odometer
159,000

Term Months
60

Term Miles
100,000

Waiting Period
30 Days AND 1,000 Miles

This service agreement is not connected, either directly or indirectly, with the warranty issued by the manufacturer of this vehicle. This document is an application for the ROYAL Protection Plan of America motor vehicle service agreement and does not constitute an agreement until accepted by the Administrator listed below.

### Palmer Administrative Services, Inc.
3430 Sunset Avenue, Ocean, NJ  07712
Customer Service: 800-599-9557   Claims: 888-802-8217
Texas License #634

01/18

D1

DNCW50

# PayLink Direct
## Payment Plan Agreement

Service Contract #: **PELWA404316**

| Buyer | | Seller | Dealer #: **WA** |
|---|---|---|---|

**Buyer**

Name:
**Michael Delong**

Address:
**1922 Rockbrook Drive**

City, State, Zip:
**Arlington, TX  76006-6616**

Phone:
**972-672-5431**

E-Mail:

**Seller**

Name:
**Allied Vehicle Protection**

Address
**7657 Winnetka Ave #444**

City, State, Zip:
**Winnetka, CA  91306**

Phone:
**844-529-0659**

Salesperson:          Email:
**Tiffany Mead**

## Vehicle Information

Contract Effective Date: **06/06/2020**

| Make: **CHEVROLET** | Model: **IMPALA** | Year: **2003** | Odometer: **58,000** |
|---|---|---|---|

VIN:
**2G1WF52E239108010**

Coverage Term: (in months) **60**

Coverage Mileage: (in Miles) **100,000**

You, the Buyer, may buy the Vehicle Service Contract for the cash price shown in the Itemization or according to the terms of this Payment Plan Agreement ("Agreement"). By signing this Agreement, you choose to buy the Vehicle Service Contract from the Seller according to this Agreement. The Vehicle Service Contract is issued by _Palmer Administration Services_ ("Administrator"). The Vehicle Service Contract number is provided at the top of this Agreement.  You and we agree to be bound by the terms of the Agreement. "We," "us" and "our" refer to the Seller shown above, and, upon assignment of this Agreement, to PayLink Payment Plans, LLC dba PayLink Direct ("PayLink Direct"). The Important Disclosures below are part of this Agreement.

Excepted as checked, you have purchased the Vehicle Service Contract primarily for personal, family or household use.

☐ Agricultural          ☐ Business

| Itemization of Payment Plan Amount: | | |
|---|---|---|
| (a) | CASH PRICE (before taxes) | $  3400.00 |
| (b) | TAXES on SALE | $  0.00 |
| (c) | TOTAL CASH PRICE (a + b) | $  3400.00 |
| (d) | DOWN PAYMENT | $  195.00 |
| (e) | AMOUNT FINANCED (c − d) | $  3205.00 |