# EXHIBIT "B"





## CANCELLATION NOTIFICATION

**Statement Date:** 08-07-2020
**Billing Account #:** WFC3810507

## CANCELLATION NOTIFICATION

**YOUR ACCOUNT HAS BEEN CANCELLED.**

**Effective as of the date of this letter, your coverage for the vehicle listed below has been cancelled due to nonpayment of the Total Past Due Amount.**

**Due to COVID-19, PayLink has extended reinstatement terms if you are experiencing financial hardship. We have also waived late fees for payments due after March 16.**
**Please call us at (800) 839-7940 if you would like to reinstate your coverage or make payment arrangements.**

### *Payment Information*

| | |
|---|---|
| Payment Due Date | July 7, 2020 |
| Payment Due Amount(s) | $133.54 |
| Previous Balance* | $6.68 |
| **Including Late/NSF Fees* | |
| **Total Past Due Amount** | **$140.22** |

### *Account Information*

| | |
|---|---|
| Billing Account # | WFC3810507 |
| Contract # | PELWA404316 |
| Make | CHEVROLET |
| Model | IMPALA |
| Year | 2003 |
| VIN # | xxxxxxxxxxxxx08010 |

*mypaylinkdirect.com*

***Customer Service:***

| | |
|---|---|
| Payment Related: | (800) 839-7940 |
| Coverage Related: | (800) 599-9557 |
| Claims Related: | (800) 778-4422 |

To pay your bill, sign-up for automatic payments and view detailed account information, visit us online at **mypaylinkdirect.com**

10WF000P30002V101

**PAYLINK DIRECT**
**222 S Riverside Plaza, #950**
**Chicago, IL 60606**





000173-NOBRE
MICHAEL DELONG
1922 ROCKBROOK DRIVE
ARLINGTON, TX 76006

## CANCELLATION NOTIFICATION