VICK LAW GROUP, APC
  Scott Vick (No. 171944)
301 N. Lake Avenue, Suite 1000
Pasadena, California 91101
Telephone: (213) 784-6227
E-Mail: Scott@vicklawgroup.com

Attorneys for Defendant
PAYLINK DIRECT

KIMMEL & SILVERMAN, P.C.
  Amy Lynn Bennecoff Ginsburg (SBN 275805)
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888 x 167
Email: teamkimmel@creditlaw.com

Attorneys for Plaintiff
MICHAEL DELONG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DELONG,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED VEHICLE PROTECTION, PALMER ADMINISTRATIVE SERVICES, and PAYLINK DIRECT,<br><br>    Defendants. | Case No. 2:21-CV-06165-AB-PD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**<br><br>For PayLink Direct:<br>Current response date: 10/4/2021<br>New response date: 10/18/2021 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Michael DeLong ("Plaintiff") and Defendant Paylink Direct ("Defendant") HEREBY STIPULATE and AGREE as follows:

WHEREAS, on September 13, 2021, the parties filed a stipulation pursuant to Local Rule 8-3 extending Defendant's deadline to respond to the Complaint by twenty-one (21) days;

WHEREAS, the current deadline for Defendant to respond to the Complaint is October 4, 2021;

WHEREAS, the parties are still in the process of exploring a settlement of their issues, and the parties agree that a further extension of time for Defendant to respond would be in the interest of judicial efficiency and economy and will not prejudice any party in this matter or unduly delay resolution of this matter;

WHEREAS, Defendant has requested, and Plaintiff has agreed to an additional fourteen (14) day extension up to and including **October 18, 2021** to respond to the Complaint in this action;

THEREFORE, Plaintiff and Defendant thus respectfully request that the Court grant this Stipulation. A proposed order is lodged herewith.

DATED: October 4, 2021            KIMMEL & SILVERMAN, P.C.

By  */s/ Amy Lynn Bennecoff Ginsburg*
AMY LYNN BENNECOFF GINSBURG
Attorneys For Plaintiff
MICHAEL DELONG

| | |
|---|---|
| DATED: October 4, 2021 | VICK LAW GROUP, APC |

By   */s/ Scott Vick*
    SCOTT VICK
    Attorneys for Defendant
    PAYLINK DIRECT

I hereby attest that all other signatories listed concur in the filing of this document and have authorized its filing.

        */s/ Scott Vick*