Joseph D. Steward, III (337385)
Kimmel & Silverman, P.C.
1055 w. 7th St., 33rd Floor
Los Angeles, CA 90017
Telephone: 215-540-8888 x 134
Facsimile: 215-540-8817
jsteward@creditlaw.com
teamkimmel@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Michael DeLong**, *Plaintiff,* v. **Allied Vehicle Protection, Palmer Administrative Services and PayLink Direct,** *Defendants.* | Case No. 2:21-cv-06165-AB-PD |

### PLAINTIFF'S NOTICE OF SETTLEMENT AS TO DEFENDANT PAYLINK DIRECT ONLY

NOTICE IS HEREBY GIVEN that Plaintiff, Michael DeLong, and Defendant, PayLink Direct have reached a tentative settlement. After the settlement is finalized and consummated, the settling parties anticipate filing a stipulation of dismissal as to Plaintiff's claims against Defendant PayLink, with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

- 1 -
Notice of Settlement

Plaintiff **has not** settled his claims with Defendants Allied Vehicle Protection and Palmer Administrative Services and therefore those claims remain active.

          Respectfully submitted,

By: *s/ Joseph D. Steward*
Joseph D. Steward, III (337385)
Kimmel & Silverman, P.C.
1055 w. 7th St., 33rd Floor
Los Angeles, CA 90017
Telephone: 215-540-8888 x 134
Facsimile: 215-540-8817
jsteward@creditlaw.com
teamkimmel@creditlaw.com
Attorney for Plaintiff

Dated: October 18, 2021

## CERTIFICATE OF SERVICE

    I, Joseph D. Steward, III hereby certify that I served a true and correct copy of the foregoing on all parties of record via ECF.

          /s/ Joseph D. Steward