Joseph D. Steward, III (337385)
KIMMEL & SILVERMAN, P.C.
1055 W. 7th Street, 33rd Floor
Los Angeles, CA 90017
Telephone: 215-540-8888 x 134
Facsimile: 215-540-8817
jsteward@creditlaw.com
teamkimmel@creditlaw.com

*Counsel for Plaintiff Michael DeLong*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DELONG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLIED VEHICLE PROTECTION, *et al.*<br><br>　　　　　Defendants. | Case No.: 2:21-cv-06165-AB-PD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PALMER ADMINISTRATIVE SERVICES, INC.** |

COMES NOW, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael DeLong ("Plaintiff"), and Defendant Palmer Administrative Services, Inc. ("Palmer"), hereby stipulate that Plaintiff's claims in this action against Palmer shall be dismissed with prejudice, with Plaintiff and Palmer to bear their own respective fees and costs.

SO STIPULATED:

/s/ *Sean P. Flynn*
Sean P. Flynn (220184)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (702) 577-9317
Facsimile: (213) 680-4470
Email: sflynn@grsm.com

*/s/ Joseph D. Steward, III*
Joseph D. Steward, III (337385)
KIMMEL & SILVERMAN, P.C.
1055 W. 7th Street, 33rd Floor
Los Angeles, CA 90017
Telephone: 215-540-8888 x 134
Facsimile: 215-540-8817
jsteward@creditlaw.com
teamkimmel@creditlaw.com

*Counsel for Plaintiff Michael DeLong*

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PALMER ADMINISTRATIVE SERVICES, INC.

- 2 -

1  Joseph P. Bowser (*pro hac vice*)
   ROTH JACKSON GIBBONS CONDLIN, PLC
2  1519 Summit Ave., Suite 102
   Richmond, VA 23230
3  T: (804) 441-8701
   T: (804) 729-4440
4  F: (804) 441-8438
   Email: jbowser@rothjackson.com
5
   Gregory M. Caffas (*pro hac vice*)
6  ROTH JACKSON GIBBONS CONDLIN, PLC
   8200 Greensboro Drive, Suite 820
7  McLean, VA 22102
   T: (703) 485-3533
8  F: (703) 485-3525
   Email: gcaffas@rothjackson.com
9
   *Counsel for Defendant Palmer Administrative*
10 *Services, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PALMER ADMINISTRATIVE SERVICES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 28, 2022, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties of record via ECF.

                                                  */s/ Joseph D. Steward*
                                                  Joseph D. Steward

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PALMER ADMINISTRATIVE SERVICES, INC.