Joseph D. Steward III, Esq.
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, PA 19002
Telephone: 215-540-8888 x134
teamkimmel@creditlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DELONG,**<br>        Plaintiff<br><br>v<br><br>**ALLIED VEHICLE PROTECTION,**<br>**PAYLINKDIRECT, AND PALMER**<br>**ADMINISTRATIVE SERVICES**<br>        Defendant | Case No.: 2:21-cv-06165 |

## NOTICE OF VOLUNTARY DISMISSAL AGAINST PAYLINK DIRECT AND ALLIED VEHICLE PROTECTION

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint against defendant, PayLink Direct and Allied Vehicle Protection, the remaining defendants with prejudice.

Dated: December 12, 2022                    /s/ Joseph D. Steward III

                                  Joseph D. Steward III, Esq.
                                  Kimmel & Silverman, PC
                                  30 E. Butler Avenue
                                  Ambler, PA 19002
                                  Telephone 2155408888
                                  teamkimmel@creditlaw.com
                                  jsteward@creditlaw.com

                                  ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2022, a true and correct copy of the foregoing pleading served via ECF to all counsel of record:

                                  <u>/s/ Joseph D. Steward III</u>
                                  Joseph D. Steward III, Esq.